UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
UNITED STATES OF AMERICA, )
                               Plaintiff, )
         v. )
LUANN RENFROW, )
              Defendant/Judgment Debtor, )
         v. )
GREENWAY-SOUTHLAKE OFFICE )
PARTNERS, L.P., )
                     Garnishee. )
_____)

Case No. MC17-0065RSL

ORDER

      This matter comes before the Court on defendant/judgment debtor's request for a hearing in the above-captioned garnishment action. Dkt. # 8. In light of defendant/judgment debtor's objections, the Clerk of Court is directed to give this matter a civil action number and assign it in rotation. Pursuant to 28 U.S.C. § 3202(d) and § 3205(c)(5), the requested hearing is to be held as soon as practicable. The Writ of Garnishment shall remain in effect during the pendency of this action, but judgment shall not be entered absent further order of the Court.

      Dated this 29th day of August, 2017.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER