UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| LUANN RENFROW, | C17-1305 TSZ |
| Defendant, | |
| and | |
| GREENWAY-SOUTHLAKE OFFICE PARTNERS L.P., | |
| Garnishee. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| LUANN RENFROW, | C17-1306 TSZ |
| Defendant, | |
| and | |
| GREENWAY-LAKEWOOD PARTNERS, L.P., | MINUTE ORDER |
| Garnishee. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Pursuant to counsel's request, _see_ Joint Notice of Related Cases (docket no. 11 in C17-1305), the following briefing schedule is hereby SET:

| | |
|---|---|
| Defendant's opening brief DUE | October 16, 2017 |
| Plaintiff's responsive brief DUE | October 23, 2017 |
| Defendant's optional reply DUE | October 27, 2017 |

MINUTE ORDER - 1

1        (2)      The Clerk is directed to NOTE this matter for October 27, 2017, and to send a copy of this Minute Order to all counsel of record.

         Dated this 7th day of September, 2017.

4                                                     William M. McCool
                                                      Clerk

5                                                     s/Karen Dews
                                                      Deputy Clerk